**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **In re:  S&B SURGERY CENTER,** | No.    16-55879 |
| Debtor, | D.C. No. 2:15-cv-06964-CJC |
| _____ | |
| **LFMG-S&B, LLC, a California Limited Liability Company,** | MEMORANDUM* |
| Appellant, | |
| v. | |
| **BUCHALTER NEMER, a California Professional Law; BENJAMIN S. SEIGEL,** | |
| Appellees. | |

Appeal from the United States District Court
for the Central District of California
Cormac J. Carney, District Judge, Presiding

Argued and Submitted November 13, 2017
Pasadena, California

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Before:      **KOZINSKI**,[**] **HAWKINS** and **PARKER**,[***] Circuit Judges.

**1.** In California, legal malpractice claims may be assigned only under narrow circumstances. See <u>White Mountains Reinsurance Co. of Am.</u> v. <u>Borton Petrini, LLP</u>, 221 Cal. App. 4th 890, 892 (2013). LFMG's acquisition didn't include other "assets, rights, obligations, [or] liabilities," so the malpractice claim wasn't assigned as an "incidental part of a larger commercial transfer." <u>Id.</u> The transfer was also functionally "analogous to the assignment of a bare [malpractice] cause of action" because the claims against Fortress were time-barred. <u>Id.</u> at 909. The original client was not an insurance company. <u>Id.</u> at 892. Nor did Buchalter and the Trust communicate through third parties. <u>Id.</u> The assignment here comes nowhere close to satisfying the <u>White Mountains</u> test.

**2.** The district court didn't err in affirming the bankruptcy court's refusal to grant leave to amend. Even if LFMG were a third-party beneficiary, the statute of limitations would have run on the malpractice claim. See Cal. Code Civ. Proc. § 340.6(a).

---

[**]      Prior to his retirement, Judge Kozinski fully participated in this case and concurred in this disposition after deliberations were complete.

[***]      The Honorable Barrington D. Parker, Jr., United States Circuit Judge for the U.S. Court of Appeals for the Second Circuit, sitting by designation.

**AFFIRMED**.